O

# United States District Court
# Central District of California

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                Plaintiff,<br><br>   v.<br><br>DAVID BOYD, individually; DAVID BOYD as trustee of ANCESTRAL ACQUISITIONS TRUSTS; All Persons and Entities Known or Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien or Interest in the Real Property Described in the Complaint Adverse to Plaintiff's Interest or Any Cloud on Plaintiff's Interest; and DOES 1–25, inclusive,<br><br>                Defendants. | Case No. 2:14-cv-03427-ODW(RZx)<br><br>**ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT DAVID BOYD AS TRUSTEE OF ANCESTRAL ACQUISITIONS TRUSTS [18]** |

| | |
|---|---|
| DAVID BOYD, individually, | |
| | Counterclaimant, |
| v. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| | Counter-Defendant. |

The Court has not received an appropriate response to the August 5, 2014 Order to Show Cause from Defendant David Boyd as Trustee of Ancestral Acquisitions Trust. (*See* ECF No. 20.) As stated in the August 5, 2014 Order, only individuals may represent themselves pro se. *See* L.R. 83-2.2.2 ("No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1."). Thus, Boyd was required to obtain an attorney to represent Defendant David Boyd as Trustee of Ancestral Acquisitions Trust. He has failed to do so. Accordingly, the Court **ORDERS** as follows:

- The Answer and Counterclaim filed on July 30, 2014 is **STRICKEN** as to Defendant David Boyd as Trustee of Ancestral Acquisitions Trust *only*. (ECF No. 17.) The Answer and Counterclaim thus applies only to individual Defendant David Boyd.
- The Court also **GRANTS** Plaintiff Federal National Mortgage Association's Request for Entry of Default. (ECF No. 18.)
- Plaintiff Federal National Mortgage Association shall file a default-judgment motion against Defendant David Boyd as Trustee of Ancestral Acquisitions Trust **no later than Monday, September 22, 2014**.

This Order has no effect on the pending Motion to Dismiss Counterclaim, which applies only to Defendant David Boyd as an individual. If Boyd has any doubt concerning law or procedure, or has difficulty filing papers properly, he should

consult an attorney.  If he cannot afford an attorney, he is hereby advised that there is a Federal Pro Se Clinic located in the United States Courthouse at 312 N. Spring Street, Room G-19, Main Street Floor, Los Angeles, California 90012.  The clinic is open for appointments on Mondays, Wednesdays, and Fridays starting at 9:30 a.m.  The Federal Pro Se Clinic offers free, on-site information and guidance to individuals who are representing themselves in federal civil actions.  Boyd is encouraged to visit the clinic for advice concerning his case.

**IT IS SO ORDERED.**

September 8, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**