**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | Case No. 2:14-cv-03427-ODW(RZx) |
| Plaintiff, | **DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DAVID BOYD, INDIVIDUALLY AND AS TRUSTEE OF ANCESTRAL ACQUISITIONS TRUST** |
| v. | |
| DAVID BOYD, individually; DAVID BOYD as trustee of ANCESTRAL ACQUISITIONS TRUSTS; All Persons and Entities Known or Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien or Interest in the Real Property Described in the Complaint Adverse to Plaintiff's Interest or Any Cloud on Plaintiff's Interest; DOES 1–25, inclusive, | |
| Defendants. | |

In light of the Order Granting Plaintiff Federal National Mortgage Association's Motions for Default Judgment Against David Boyd (ECF No. 51), the Court **ORDERS** that judgment be entered as follows:

1      1.     Judgment for PLAINTIFF FEDERAL NATIONAL MORTGAGE
2  ASSOCIATION and against DEFENDANT DAVID BOYD, INDIVIDUALLY AND
3  AS TRUSTEE OF ANCESTRAL ACQUISITIONS TRUST;

4      2.     <u>Quiet Title.</u>  The Court hereby declares, pursuant to California Civil
5  Code § 764.010 and rendered in accordance with the evidence and the law, that title to
6  real property commonly known as 5510 Wilton Place, Los Angeles, California,
7  90062, and legally described as

8             Lot 590, Chesterfield Square, in the City of Los Angeles,
9             County of Los Angeles, State of California, as per map
10           Recorded in Book 21, Page(S) 90 to 91 of Maps, in the
11           Office of the County Recorder of said County.
12           Assessor's Parcel No. 5005-016-008
13  and in the name of PLAINTIFF FEDERAL NATIONAL MORTGAGE
14  ASSOCIATION is quieted against all named defendants in this action;

15      3.     <u>Declaration.</u>  The Court hereby declares that the Grant Deed recorded on
16  November 8, 2010, as Instrument No. 20101604228 of the Official Records of Los
17  Angeles County, California, in the official records of the Los Angeles County
18  Recorder's Office is **VOID** and does not alter title as established by the Trustees Deed
19  Upon Sale recorded April 30, 2010, as Instrument No. 20100590323 of the Official
20  Records of Los Angeles County;

21      4.     <u>Declaration.</u>  The Court hereby declares that the Grant Deed recorded on
22  June 15, 2012, as Instrument No. 201209040709 of the Official Records of Los
23  Angeles County, California, in the official records of the Los Angeles County
24  Recorder's Office is **VOID** and does not alter title as established by the Trustees Deed
25  Upon Sale recorded April 30, 2010, as Instrument No. 20100590323 of the Official
26  Records of Los Angeles County;

27      5.     <u>Declaration.</u>  The Court hereby declares that the Grant Deed recorded on
28  November 13, 2012, as Instrument No. 20121798299 of the Official Records of Los

1 Angeles County, California, in the official records of the Los Angeles County
2 Recorder's Office is **VOID** and does not alter title as established by the Trustees Deed
3 Upon Sale recorded April 30, 2010, as Instrument No. 20100590323 of the Official
4 Records of Los Angeles County;

5       6.    <u>Declaration.</u>  The Court hereby declares that the Grant of Lien recorded
6 on November 13, 2012, as Instrument No. 20121798299 of the Official Records of
7 Los Angeles County, California, in the official records of the Los Angeles County
8 Recorder's Office is **VOID** and does not alter title as established by the Trustees Deed
9 Upon Sale recorded April 30, 2010, as Instrument No. 20100590323 of the Official
10 Records of Los Angeles County;

11       7.    <u>Damages.</u>  PLAINTIFF  FEDERAL  NATIONAL  MORTGAGE
12 ASSOCIATION shall recover **$11,482.00** total in damages from DEFENDANT
13 DAVID  BOYD,  INDIVIDUALLY  AND  AS  TRUSTEE  OF  ANCESTRAL
14 ACQUISITIONS TRUST;

15       8.    <u>Injunction.</u> DEFENDANT DAVID BOYD, INDIVIDUALLY AND AS
16 TRUSTEE OF ANCESTRAL ACQUISITIONS TRUST, is hereby enjoined from
17 recording any further documents against the title to real property commonly known as
18 5510 Wilton Place, Los Angeles, California, 90062, and legally described as

19       Lot 590, Chesterfield Square, in the City of Los Angeles,
20       County of Los Angeles, State of California, as per map
21       Recorded in Book 21, Page(S) 90 to 91 of Maps, in the
22       Office of the County Recorder of said County.
23       Assessor's Parcel No. 5005-016-008;
24   The Clerk of Court shall close this case.
25       **IT IS SO ORDERED.**   January 14, 2015

27 _____
          **OTIS D. WRIGHT, II**
28        **UNITED STATES DISTRICT JUDGE**

3